**137** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL RIVALDO, Appellant. [42 NYS3d 899]—Appeal from a judgment of the Monroe County Court (Douglas A. Randall, J.), entered March 28, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.